41 A.3d 1282

**Darnell HUTCHINSON, Petitioner**

v.

**PENNSYLVANIA BOARD OF PROBATION & PAROLE et al., Respondent.**

**No. 172 EM 2011.**

Supreme Court of Pennsylvania.

April 16, 2012.

## *ORDER*

PER CURIAM.

**AND NOW,** this 16th day of April, 2012, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus and/or Extraordinary Relief and the Application for an Immediate Hearing are **DENIED.**